UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | Cause No. 3:03-CR-0236-1 |
| JENNIFER GIVENS, | ) | JUDGE ALETA A. TRAUGER |
| | ) | |
| Defendant, | ) | |
| | ) | |
| HEALTHSTREAM, INC., | ) | |
| | ) | |
| Garnishee. | ) | |

**ORDER TO TERMINATE WRIT OF GARNISHMENT**

FOR GOOD CAUSE SHOWN, Plaintiff's Motion to Terminate Writ of Garnishment is hereby GRANTED. Garnishee shall return to Defendant any property withheld pursuant to this Court's Writ of Continuing Garnishment issued June 19, 2013. Plaintiff reserves the right to garnish Defendant pursuant to 28 U.S.C. §3205 should the Defendant fail to abide by the repayment agreement referenced in Plaintiff's Motion to Terminate Writ of Garnishment.

IT IS SO ORDERED.

Date: July 1, 2013

ALETA A. TRAUGER
UNITED STATES DISTRICT JUDGE